Isenberger *v.* Schumann, Appellant.

Argued March 25, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused September 21, 1964.

*Karl D. Enzian,* for appellants.

*Herbert G. Sheinberg,* with him *Sheinberg & Scheinberg,* for appellee.

OPINION PER CURIAM, July 30, 1964:
Affirmed on the opinion of the court below.